# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147516 & (72)(73)

DEPARTMENT OF COMMUNITY HEALTH,
       Petitioner-Appellee,

v

       SC: 147516
       COA: 315966
       Board of Medicine: 2006-000252

WANDA VELEZ-RUIZ, M.D.,
       Respondent-Appellant.

_____/

      On order of the Court, the application for leave to appeal the May 31, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for immediate consideration is GRANTED, but the motion to strike is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2013



Clerk

s1021